Local Form 1007

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re:

**Wilkins 145, LLC**

Debtor(s).

Chapter **7**

Case No. _____

## PAYMENT ADVICE COVER SHEET

*Please check the appropriate box*

**For Debtor:**

☐ Payment advices (pay stubs) for the 60 days prior to the petition are attached. (Please redact social security numbers and any other information restricted by applicable privacy regulations)

☐ No payment advices (pay stubs) are attached (the debtor received no income or payment from any employer during the 60 days prior to filing the bankruptcy petition).

☑ No payment advices (pay stubs) attached for other reason, or some payment advices are missing (please explain). **Debtor is a Wisconsin limited liability company**

**For Joint Debtor, if applicable:**

☐ Payment advices (pay stubs) for the 60 days prior to the petition are attached. (Please redact social security numbers and any other information restricted by applicable privacy regulations)

☐ No payment advices (pay stubs) are attached (the debtor received no income or payment from any employer during the 60 days prior to filing the bankruptcy petition).

☐ No payment advices (pay stubs) attached for other reason, or some payment advices are missing (please explain). ____

Dated: **March 9, 2021**

**/s/ Paul G. Swanson**
**Paul G. Swanson 1007861**
Attorney for Debtor
**STEINHILBER SWANSON LLP**
**107 Church Avenue**
**Oshkosh, WI 54901**
**920-235-6690**
**pswanson@steinhilberswanson.com**