| | |
|---|---|
| In re: | Case No. 21-21174-gmh |
| Wilkins 145, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0757-2 | User: adkt | Page 1 of 2 |
| Date Rcvd: Jul 19, 2021 | Form ID: assnot3 | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wilkins 145, LLC, 2340 Geneva St., Oshkosh, WI 54901-1804 |
| tr | + | Larry H. Liebzeit, 4650 West Spencer Street, Appleton, WI 54914-9106 |
| 11503962 | + | City of Oshkosh, P. O. Box 1128, Oshkosh, WI 54903-1128 |
| 11503963 | + | David Wilkins, 2346 Geneva St., Oshkosh, WI 54901-1804 |
| 11503964 | + | Drew DeVinney, Martin Law Office, 7280 S. 13th St., Oak Creek, WI 53154-1831 |
| 11503965 | + | Full Range Maintenence, 3000 Oregon Str. Rd., Oshkosh, WI 54902-7140 |
| 11503966 | + | John Mayer, Attorney at Law, 1425 Memorial Dr., Manitowoc, WI 54220-6707 |
| 11503967 | + | Mark Ruck, 317 E. Melvin St., Oshkosh, WI 54901-3851 |
| 11503968 | + | Stephen Wilkins, 2340 Geneva St., Oshkosh, WI 54901-1804 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | EDI: BPGSWANSON | Jul 20 2021 02:53:00 | Paul G. Swanson, Steinhilber Swanson LLP, 107 Church Avenue, P.O. Box 617, Oshkosh, WI 54903-0617 |
| ust | + | Email/Text: ustpregion11.mi.ecf@usdoj.gov | Jul 19 2021 22:47:00 | Office of the U. S. Trustee, 517 East Wisconsin Ave., Room 430, Milwaukee, WI 53202-4510 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Larry H. Liebzeit, 4650 West Spencer Street, Appleton, WI 54914-9106 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 21, 2021 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Larry H. Liebzeit | on behalf of Trustee Larry H. Liebzeit  larry@liebzeitlaw.com  WI19@ecfcbis.com |
| Larry H. Liebzeit | larry@liebzeitlaw.com  WI19@ecfcbis.com |
| Office of the U. S. Trustee | ustpregion11.mi.ecf@usdoj.gov |
| Paul G. Swanson | on behalf of Debtor Wilkins 145  LLC  pswanson@steinhilberswanson.com, hsaladin@steinhilberswanson.com;9572849420@filings.docketbird.com |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: Wilkins 145, LLC,
Debtor.

Case No. 21−21174−gmh
Chapter 7

**NOTICE OF RECOVERY OF ASSETS AND OPPORTUNITY TO FILE PROOF OF CLAIM**

When the above debtor filed this bankruptcy case, creditors received a notice that they did not need to file a proof of claim because there were no assets available. Since the date of that notice, the trustee has recovered or will be recovering assets, and it is possible that the trustee may be able to distribute some funds to creditors.

To be eligible to receive a portion of any distributed funds, a creditor **must** file a proof of claim with the Clerk of the United States Bankruptcy Court on or before October 18, 2021. Creditors who do not file a proof of claim on or before October 18, 2021 **WILL NOT** receive any funds from the estate. (If you already have filed a proof of claim, you do not need to file another one.)

You are not required to pay a fee to file a proof of claim. The Proof of Claim can be filed online at the court's website (www.wieb.uscourts.gov). Look for *File a Claim On−line* under the section titled *Information for Creditors*. After completing and submitting the form you have an opportunity to print a file−stamped copy of the form. An alternate method is to obtain a Proof of Claim form (www.wieb.uscourts.gov), fill it out and mail it to us. Look for the fillable Proof of Claim − B 10 form under the section Bankruptcy Forms − Local Forms. Upon completing the form, you may send it by regular mail to:

Clerk of U.S. Bankruptcy Court
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202−4581

If you want confirmation that we received your proof of claim, please enclose with the completed proof of claim a photocopy of the proof of claim, along with a self−addressed, stamped envelope.

Dated: July 19, 2021

**JANET L. MEDLOCK**
Clerk of Court

By: Linda I.
Deputy Clerk