UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: WILKINS 145, LLC  Case No. 21-21174-GMH

Debtor  Chapter 7

TRUSTEE'S STATEMENT OF ABANDONMENT

Pursuant to the Notice of Trustee's Intent to Abandon Property of the Estate, which was duly mailed or electronically served to creditors and parties in interest, and no timely objections having been filed and sustained, the Trustee hereby abandons the Estate's interest in the following property:

- Real estate located at 145 High Avenue, Oshkosh, Wisconsin.

Dated this 25th day of August, 2021.  /s/ _____

Larry Liebzeit, Trustee

Larry Liebzeit, Trustee
4650 West Spencer Street
Appleton, WI 54914
Tel: (920) 739-6307
Email: larry@liebzeitlaw.com